**United States Bankruptcy Court**
**Eastern District of Virginia**
__Alexandria__ **Division**

In re: Gordon Properties, LLC

Case No. 09-18086-RGM

Adv. Proceeding No. _____

Debtor(s)

**TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on February 22, 2012.

The parties included in the Appeal to the District Court:

APPELLANT(S): First Owners' Association of Forty Six Hundred Condominium, Inc.

ATTORNEY:
Robert M. Marino, Esq.            Michael S. Dingman, Esq.
510 King Street, Ste. 301         3110 Fairview Park Rd. Ste 1400
Alexandria, VA 22314-3143         Falls Church, VA 22042

APPELLEE(S): Gordon Properties, LLC and Condominium Services, Inc. (10-10581-RGM)

ATTORNEY:
Donald F. King, Esq.              Madeline A. Trainor
9302 Lee Highway, Suite 1100      100 N. Pitt Street, Suite 200
Fairfax, VA 22031                 Alexandria, VA 22314

Brief Description of Judgment/Order Appealed: Order Denying Motion to Substantively Consolidate Case No. 10-10581-RGM Into Case No. 09-18086-RGM and Memorandum Opinion

Date Judgment/Order Entered: February 8, 2012

1. Filing Fees:  A. Notice of Appeal – Filing Fee $5.00   (✓) Paid   ( ) Not Paid
                 B. Appeal Docket Fee - $293.00           (✓) Paid   ( ) Not Paid   ( ) Deferred. See Attached Request
2. (✓) Notice of Appeal, Order/Judgment, Docket Record, Designation(s) [if any], and Items Designated
3. (✓) Copy of restricted transcript(s), if designated, included as separate electronic file(s)
4. (✓) Copies of exhibits, if designated, included as a separate file(s): ___ electronic and/or ✓ conventional, on paper
5. ( ) Copies of exhibits designated by Appellant/Appellee, filed conventionally, have not been submitted pursuant to FRBP 8006 and LBR 8006-1
6. ( ) No Designation of Record on Appeal filed (See Certification Below)

Date: April 11, 2012

WILLIAM C. REDDEN, Clerk of Court
By Elizabeth W. Douglass, Deputy Clerk

.................................................................................................................................

CERTIFICATION TO APPELLATE COURT

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of Court
By: _____, Deputy Clerk

.................................................................................................................................

RECEIPT OF EXHIBITS BY DISTRICT COURT [if applicable]

The undersigned deputy clerk of the U. S. District Court, Eastern District of Virginia, hereby acknowledges receipt of one or more exhibits from the U.S. Bankruptcy Court, which are submitted conventionally, on paper, to be made a part of the Record on Appeal in Civil Action No. _____.

Date: _____   By: _____, Deputy Clerk

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)

[transeapp ver. 11/11]